UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW GONZALES,

      Plaintiff,

    v.

ZUMIEZ INC.,

      Defendant.

Case No. 1:26-cv-03472-KES-FJS

ORDER GRANTING DAVID A. PEREZ' *PRO HAC VICE* APPLICATION

(ECF No. 2)

Before the Court is the application of David A. Perez, attorney for Defendant Zumiez Inc., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  __**May 14, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE