UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GONZALES, on behalf of himself and all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUMIEZ INC., a Washington corporation, and DOES 1-50, inclusive<br><br>Defendants. | Case No. 1:26-CV-03472-KES-FJS<br><br>ORDER ON STIPULATION SETTING DEFENDANT ZUMIEZ INC.'S RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 6) |

Having considered the Joint Stipulation Setting Defendant Zumiez Inc.'s Responsive Pleading Deadline (ECF No. 6), IT IS HEREBY ORDERED that Zumiez Inc.'s response to the complaint shall be due May 18, 2026.

IT IS SO ORDERED.

Dated:   **May 14, 2026**   _____

UNITED STATES MAGISTRATE JUDGE